FILED

JAN 08 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | 3:25 CR 11 |
| ) | JUDGE KNEPP |
| v. ) | MAG JUDGE CLAY |
| ) CASE NO._____ | |
| DARYL MICKLES, JR. ) | Title 21, United States Code, |
| aka DICK LOVE aka LOVE BOAT, ) | Sections 841(a)(1), (b)(1)(A) |
| ) | and 846; Title 18, United States |
| ) | Code, Sections 922(g)(1), |
| Defendants. ) | 924(a)(2) and (c)(1)(A) |
| ) | |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. § 846)

The Grand Jury charges:

1. Beginning in or around December 2021 and continuing through the date of this Indictment, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Western Division, and elsewhere, Defendant DARYL MICKLES, JR. aka DICK LOVE aka LOVE BOAT did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(A) and 846)



1

2. The allegations of Count 1 are hereby re-alleged and incorporated herein. Before Defendant MICKLES committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction for Conspiracy to Possess with Intent to Distribute Heroin, Cocaine and Marijuana, in Case No. 3:14CR273, in the Northern District of Ohio, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

### COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about December 17, 2024, in the Northern District of Ohio, Western Division, DARYL MICKLES, JR. aka DICK LOVE aka LOVE BOAT did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

4. The allegations of Count 2 are hereby re-alleged and incorporated herein. Before Defendant MICKLES committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction for Conspiracy to Possess with Intent to Distribute Heroin, Cocaine and Marijuana, in Case No. 3:14CR273, in the Northern District of Ohio, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT 3
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

5. On or about December 17, 2024, in the Northern District of Ohio, Western Division, Defendant DARYL MICKLES, JR. aka DICK LOVE aka LOVE BOAT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Possession of Crack Cocaine, on or about September 13, 2002, in Case No. G-4801-CR-0200201582, in the Lucas County Common Pleas Court; Possession of Heroin, on or about January 31, 2014, in Case No. G-4801-CR0201302182, in the Lucas County Common Pleas Court; and Conspiracy to Possess with Intent to Distribute Heroin, Cocaine and Marijuana, on or about March 14, 2016, in Case No. 3:14CR273, in the Northern District of Ohio; knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 19 gen 5, 9 mm semi-automatic pistol, bearing serial number BVTY632, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 4
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

6. On or about December 17, 2024, in the Northern District of Ohio, Western Division, Defendant DARYL MICKLES, JR. aka DICK LOVE aka LOVE BOAT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Possession of Crack Cocaine, on or about September 13, 2002, in Case No. G-4801-CR-0200201582, in the Lucas County Common Pleas Court; Possession of Heroin, on or about January 31, 2014, in Case No. G-4801-CR0201302182, in the Lucas County Common Pleas

Court; and Conspiracy to Possess with Intent to Distribute Heroin, Cocaine and Marijuana, on or about March 14, 2016, in Case No. 3:14CR273, in the Northern District of Ohio; knowingly possessed in and affecting interstate commerce a firearm, to wit: an Aero Precision, model X15, multi-caliber semi-automatic rifle, bearing serial number AR30218; said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 5
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

7. On or about December 17, 2024, in the Northern District of Ohio, Western Division, Defendant DARYL MICKLES, JR. aka DICK LOVE aka LOVE BOAT did knowingly possess a firearm, to wit: an Aero Precision, model X15, multi-caliber semi-automatic rifle, bearing serial number AR30218, in furtherance of a drug trafficking crime for which he/she may be prosecuted in a court of the United States, to wit: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances and Possession with Intent to Distribute a Controlled Substance, as charged in counts 1-2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

FORFEITURE

The Grand Jury further charges:

8. The allegations contained in Counts 1-5 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offenses). As a result of these offenses, DARYL MICKLES, JR. aka DICK LOVE aka LOVE BOAT shall

forfeit to the United States: (i) any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; (ii) any and all of his property used - or intended to be used - in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, (iii) any and all firearms and ammunition involved in or used in the commission of the firearms offenses charged herein.

                                                A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.